**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **LFP INTERNET GROUP, LLC**, | § | |
| **a California Company,** | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.: 3:10 -CV-1863-O** |
| | § | |
| **DOES 1-635** | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is Plaintiff LFP Internet Group, LLC's Motion for Leave to take discovery prior to Rule 26(f) Conference. *See* ECF No. 3. Plaintiff requests leave to begin discovery to ascertain the exact identities of the DOE defendants.

Having reviewed the Motion, the Court finds that it should be and is hereby **GRANTED.**

**SO ORDERED** on this the **7th** of **October, 2010**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**