IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LFP INTERNET GROUP, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 3:10-cv-01863-O |
| | ) | |
| **DOES 1-635,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO PROCEED WITHOUT LOCAL COUNSEL

COMES NOW Sanchez Mowrer & Desiderio, P.C. (Frederick M. Mowrer), and for their Motion to Proceed Without Local Counsel, state as follows:

1. Counsel herein has entered his appearance on behalf of the one of Does 1-635 in this cause of action.

2. Counsel herein is not licensed to practice in the State of Texas.

3. Counsel herein is seeking the Court's waiver of Rule LR 83.10 at this time due to the unusual nature of the proceedings to date.

4. Counsel was requested within the past week to file a Motion to Quash a Subpoena to Comcast to provide account information regarding the Defendant, Doe 1-635. The Defendant has had no notice or explanation of why such information is relevant to this proceeding. The due date to file such relief is November 24, 2010. The filing of the Motion necessitates the filing without seeking local counsel at this time.

5. Counsel herein does not require local counsel in the Northern District of Texas, Dallas Division, to proceed on behalf of one of the Does 1-635 in this specific matter.

6.      Counsel for Defendant Doe No. 1-635 will seek local counsel after the filing of this Motion.

WHEREFORE, for the reasons stated above, counsel herein respectfully moves this Court for an Order allowing them to proceed in this matter without local counsel.

Respectfully submitted,

**SANCHEZ MOWRER & DESIDERIO, P.C.**

By: /s/Frederick M. Mowrer
    Frederick M. Mowrer
    115 Eighth Street, S.W.
    P.O. Box 1966
    Albuquerque, New Mexico 87103
    Telephone: (505) 247-4321
    Fax: (505) 247-4441
*Attorneys for one of the Does 1-635*

This will certify that a true copy of the foregoing was electronically sent and/or mailed to the parties as follows:

Evan Stone, Esq.
624 W. University Dr. #386
Denton, TX 76201

Comcast
NE&TO
650 Centerton Road
Moorsetown, NJ 08057

this 24th day of November, 2010

**SANCHEZ MOWRER & DESIDERIO, P.C.**

By: /s/Frederick M. Mowrer
    Frederick M. Mowrer