IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LFP INTERNET GROUP, LLC, A CALIFORNIA COMPANY, PLAINTIFF<br><br>V.<br><br>DOES 1-635<br>  DEFENDANTS | C.A. NO.: 3:10-CV-01863-O |

## MOTION TO QUASH

**COMES NOW** Defendant, one of Does 1-635, by and through his attorney of record, Stuart Evan Glass, Weiner, Glass & Reed, L.L.P., and respectfully moves this Court to quash the subpoena issued by Evan Stone, Esq., counsel for the Plaintiffs, on Comcast, and limits his appearance for the purposes of contesting jurisdiction, and in support thereof states as follows:

1. On or about November 12, 2010, Defendant received a copy of a subpoena from the Plaintiff issued to Comcast, an internet service provider, through attorney Evan Stone, Esq. Respondent is not the direct recipient of the subpoena at issue in this case.

2. The subpoena is seeking the release of personal and confidential information regarding the Defendant on an allegation that the Defendant has infringed on LFP Internet Group, LLC's copyrights on the Internet by uploading and/or downloading a movie using a computer assigned Internet Protocol address 24.2.203.207.

3. The Defendant has been given absolutely no information regarding these claims and has no basis from which to form an opinion whether the allegations are valid.

4. The Defendant has been given no notice regarding the release of the information and objects on the grounds the information may contain confidential information to which the Plaintiff is not entitled to receive under these claims.

**MOTION TO QUASH – PAGE 1**

5.  The Plaintiff's request for this information is a fishing expedition as admitted in the Plaintiff's pleading where Plaintiff states it is seeking the identity of people who have apparently used this system.

6.  Plaintiff should be required to provide some information to the court to justify the wholesale intrusion into the privacy of the Defendant herein.

WHEREFORE, for the above and foregoing reasons, Defendant requests this Honorable Court to quash Plaintiff's subpoena to Comcast as it relates to this Defendant, and for such other and further relief as the Court may deem just and proper.

|  |  |
|---|---|
| WEINER, GLASS & REED, L.L.P.<br>6440 North Central Expressway, Suite 700<br>Dallas, Texas 75206<br>Phone: (214) 363-7500<br>Fax: (214) 750-9127<br>stuart@stuartglass.org | Respectfully submitted,<br><br>_____<br>STUART EVAN GLASS<br>State Bar No. 08008000 |

CERTIFICATE OF SERVICE

This will certify that a true copy of the foregoing was electronically sent and/or mailed to the parties on this 17th day of December, 2010, as follows:

Evan Stone, Esq.
624 W. University Drive, Suite 386
Denton, Texas 76201

Comcast
NE&TO
650 Centerton Road
Moorsetown, NJ 08057

_____
STUART EVAN GLASS

MOTION TO QUASH – PAGE 2