**BK**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN - 3 2011

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

Christopher Berlin
5050 Winston Drive
Swartz Creek, MI 48473

**ORIGINAL**

December 27, 2010

Comcast Legal Response Center
NE&TO
650 Centerton Road
Moorestown, NJ 08057

> RE:   LFP Internet Group, LLC v. Does 1-635
>         United States District Court for the Northern District of Texas
>         Docket No. #:10-cv-01963-O
>         Comcast File No. 203384

To whom it may concern,

   This correspondence shall serve as a response and protest to the letter I received from your department regarding the above mentioned matter.

   First I would like to say that other than this letter that your department sent to me, I have had no previous knowledge of any type of pending lawsuit and/or civil action/investigation pertaining to my computer's IP address. To date, I have not been served with a copy of any type of complaint or any type of correspondence relating to this pending matter. I also would like to say that I did not receive this document from you within in the 21 days that I have to respond. This letter was delivered to my mailbox without any type of signature needed or receipt from UPS.

   Pursuant to your letter, you have indicated that I am part of a lawsuit pending in the United States Court for the Northern District of Texas alleging that I have downloaded a "movie" using my IP address on September 15, 2010 at 1:05 a.m. Therefore, I am protesting the event that you release my information. I understand that you have been given a Court Order, however, I am in no part involved in such an act and have no knowledge of this legal action.

   The letter you sent me indicates that I downloaded a "movie" on a Tuesday at 1:05 in the morning. Moreover, I currently work full time, and am a full time student on my way to achieving a master's degree. I in no way have the time to download anything at 1:05 a.m. After calling and speaking to your Legal Department, you have indicated that Comcast changes ones IP address every 180 days. As of today, this IP address listed as 98.209.236.62 does not match any IP address within my home. I have learned within the last few days, from my girlfriend who works for an attorney, that the movie that I have allegedly downloaded is an Adult Film that I have neither heard of nor downloaded at any time.

I can attest that I use a wireless router connection that is currently unsecured due to problems I have been having with computer configurations. Therefore, there is a minor possibility that another user could have used my internet connection due to my negligence.

Furthermore, I find this pending lawsuit ridiculous and frivolous. Not only was I not served with a complaint, but I also was not given the allotted amount of time to respond to this correspondence due to not being served in a timely manner. I find this rather disturbing that this correspondence was only delivered to my mailbox and I did not have to sign for these legal documents. I have not had the opportunity to retain any type of legal representation regarding this matter due to the fact that these allegations are false and bogus.

Thanking you for your anticipated cooperation, as I remain,

Very truly yours,

Christopher Berlin

CB/alj

cc.  Evan Stone, Esq. (*via first class mail*)
     United States District Court for the Northern District of Texas (*via first class mail*)

C. Berlin
5050 Winston Dr.
Swartz Creek, MI 48473

METROPLEX ME 480

27 DEC 2010 PM 5 T

United States District Court for the Northern
District of Texas
Headquarters and Dallas Divisional Office
1100 Commerce St., Room 1452
Dallas, TX 75242

RECEIVED

JAN - 3 2011

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

8 A.M.

USA FIRST-CLASS FOREVER