# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **LFP INTERNET GROUP, LLC**, a California Company, Plaintiff, | § § § § | |
| v. | § § | **CIVIL ACTION NO.: 3:10 -CV-1863-O** |
| **DOES 1-635** Defendants. | § § § | |

## ORDER

The above styled and numbered case is **TRANSFERRED** to the docket of the Honorable Judge Ferguson. All future pleadings shall subsequently be filed under Civil Action No. 3:10-CV-1863-F.

**SO ORDERED** on this the **26th** day of **January, 2011**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**