U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB - 7 2011

CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LFP INTERNET GROUP LLC, | § | |
| Plaintiff, | § | |
| | § | Civil No. 10-cv-1863-F |
| v. | § | |
| | § | |
| DOES 1-635, | § | |
| Defendants, | § | |

## ORDER VACATING REFERENCE TO MAGISTRATE FOR PRETRIAL MANAGEMENT

Plaintiff filed its complaint in this case on September 17, 2010. The above styled and numbered case was originally assigned to the Honorable Reed O'Connor. On December 8, 2010, Judge O'Connor entered an Order referring this case to Magistrate Judge Renée Harris Toliver for pretrial management. *See* Docket No. 21. On January 26, 2011, Judge O'Connor transferred this case to the docket of this Court. *See* Docket No. 31. At this time, the Court VACATES the previous Order referring this case to Magistrate Judge Renée Harris Toliver for pretrial management. This case should be removed from Judge Toliver's docket, until further Order of the Court. In the meantime, the Court expresses its appreciation to Judge Toliver for her excellent assistance to date.

It is so Ordered.

Signed this 7th day of February, 2011.

_____
Royal Furgeson
Senior United States District Judge